UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                      CASE NO. 07-40417TLH4 LMK
BEDGOOD, JODY H.
BEDGOOD, LESLIE N.                          CHAPTER 7

_____ Debtor(s)

## TRUSTEE'S FINAL REPORT OF ESTATE
## AND PROPOSED DIVIDEND

Theresa M. Bender, trustee of the estate of the above named Debtor(s), certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee; that the trustee has examined all proofs of claims as appropriate and files the proposed dividend (Exhibit "C"); and that the proposed dividend, attached hereto, is proper and consistent with the law and rules of court.

1.      That as such Trustee, I have conducted the settlement of the estate, and all of the assets belonging to said estate have been converted into cash or otherwise disposed of under Order of this Court or by Notice to Creditors.  A synopsis of the disposition of assets in regard to court documents is attached hereto as Exhibit "A" (Form 1).

2.      That attached hereto as Exhibit "B" (Form 2) is an itemized statement of the Trustee's receipts and disbursements.

| | |
|---|---|
| Total Receipts: | $            3,911.77 |
| Total Disbursements: | $            1,202.97 |
| Balance on Hand: | $            2,708.80 |

3.      That I have examined all claims filed as required and have recommended the proposed dividend to creditors as reflected on Exhibit "C" attached hereto.

4.      That I have filed all of my bank statements and cancelled checks with the Office of the U. S. Trustee, reflecting all transactions as of the filing of this report.

5.     That all applications for compensation to professionals engaged by the trustee are attached.  The professionals requesting payment are as follows:

| Name of Professional | Fees/Costs Requested | |
| --- | --- | --- |
| Theresa M. Bender | $       677.20 | (fees) |
| Theresa M. Bender | $         18.26 | (costs) |

Therefore, the trustee requests that the Trustee's Final Report and Proposed Dividend be accepted.

Dated: May 9, 2008            /s/ Theresa M. Bender
                                        Theresa M. Bender, Trustee
                                        Post Office Box 14557
                                        Tallahassee, FL  32317
                                        (850) 205-7777
                                        Tmbenderch7@yahoo.com

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-40417TLH4 LMK | **Trustee:** (290820)  Theresa M. Bender |
| **Case Name:** BEDGOOD, JODY H. | **Filed (f) or Converted (c):** 08/09/07 (f) |
| BEDGOOD, LESLIE N. | **§341(a) Meeting Date:** 09/10/07 |
| **Period Ending:** 05/09/08 | **Claims Bar Date:** 02/13/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence 339 Watkins Rd., Quincy, | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash; Score Federal  Savings; TMH Federal  Che | 380.00 | 0.00 | | 0.00 | FA |
| 3 | Washer, Dryer, Fridge, Freezer, 2 TV's, Playstat | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. DVD's and Decoration | 30.00 | 30.00 | | 30.00 | FA |
| 5 | Wearing Apparel | 100.00 | 100.00 | | 100.00 | FA |
| 6 | Wedding Rings, 1 Diamond Earring, Watch and Cost | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 9 mm pistol, eleptical machine, gazelle, stepper | 200.00 | 200.00 | | 200.00 | FA |
| 8 | Employer Term Policy; Employer Term Policy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 457 Plan; 403(b) Plan | 12,500.00 | 0.00 | | 0.00 | FA |
| 10 | 02' VW Jetta (65k miles) | 7,000.00 | 0.00 | | 0.00 | FA |
| 11 | 99' Isuzu Amigo (138k miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 06' Suzuki Motorcycle | 4,500.00 | 0.00 | | 0.00 | FA |
| 13 | Dog | 10.00 | 10.00 | | 10.00 | FA |
| 14 | TAX REFUNDS-2007  (u)<br>   REVIEWED TAX RETURN ON 1/31/08-REFUND OF<br>$3911.00 X 60.5%=$2368.03 | 0.00 | 2,368.03 | | 3,571.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.77 | FA |
| 15 | **Assets      Totals** (Excluding unknown values) | **$99,720.00** | **$2,708.03** | | **$3,911.77** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 07-40417TLH4 LMK | **Trustee:**  (290820)  Theresa M. Bender |
| **Case Name:** | BEDGOOD, JODY H. | **Filed (f) or Converted (c):** 08/09/07 (f) |
| | BEDGOOD, LESLIE N. | **§341(a) Meeting Date:**  09/10/07 |
| **Period Ending:** | 05/09/08 | **Claims Bar Date:**  02/13/08 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>_Abandoned_<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TAX REFUND LETTER FILED 9/11/07

REVIEWED TAX RETURN ON 1/31/08-REFUND OF $3911.00 X 60.5%=$2368.03
PLUS NON-EXEMEPT ASSETS OF $340.00=$2708.03 DUE TO ESTATE.

**Initial Projected Date Of Final Report (TFR):** May 30, 2008    **Current Projected Date Of Final Report (TFR):** May 9, 2008  (Actual)

| | |
|---|---|
| _____May 9, 2008_____ | /s/ Theresa M. Bender _____ |
| Date | Theresa M. Bender |

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-40417TLH4 LMK | Trustee: | Theresa M. Bender (290820) |
|---|---|---|---|
| Case Name: | BEDGOOD, JODY H. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BEDGOOD, LESLIE N. | Account: | ***-*****17-65 - Money Market Account |
| Taxpayer ID #: | 13-7590503 | Blanket Bond: | $7,187,000.00   (per case limit) |
| Period Ending: | 05/09/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/08 | | IRS | TAX REFUND | | 3,911.00 | | 3,911.00 |
| | {14} | | 2,368.03 | 1224-000 | | | 3,911.00 |
| | {4} | | 30.00 | 1129-000 | | | 3,911.00 |
| | {5} | | 100.00 | 1129-000 | | | 3,911.00 |
| | {7} | | 200.00 | 1129-000 | | | 3,911.00 |
| | {13} | | 10.00 | 1129-000 | | | 3,911.00 |
| | {14} | | 1,202.97 | 1224-000 | | | 3,911.00 |
| 03/18/08 | | To Account #********1766 | EXEMPT TAX REFUND TO DEBTORS | 9999-000 | | 1,202.97 | 2,708.03 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.50 | | 2,708.53 |
| 04/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1700% | 1270-000 | 0.27 | | 2,708.80 |
| 04/23/08 | | To Account #********1766 | TFR | 9999-000 | | 2,708.80 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,911.77** | **3,911.77** | **$0.00** |
| Less: Bank Transfers | 0.00 | 3,911.77 | |
| **Subtotal** | **3,911.77** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,911.77** | **$0.00** | |

{} Asset reference(s)

# Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-40417TLH4 LMK | Trustee: | Theresa M. Bender (290820) |
|---|---|---|---|
| Case Name: | BEDGOOD, JODY H. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BEDGOOD, LESLIE N. | Account: | ***-*****17-66 - Checking Account |
| Taxpayer ID #: | 13-7590503 | Blanket Bond: | $7,187,000.00   (per case limit) |
| Period Ending: | 05/09/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/08 | | From Account #********1765 | EXEMPT TAX REFUND TO DEBTORS | 9999-000 | 1,202.97 | | 1,202.97 |
| 03/18/08 | 101 | JODY AND LESLIE BEDGOOD | EXEMPT TAX REFUND | 8100-002 | | 1,202.97 | 0.00 |
| 04/23/08 | | From Account #********1765 | TFR | 9999-000 | 2,708.80 | | 2,708.80 |
| | | | **ACCOUNT TOTALS** | | **3,911.77** | **1,202.97** | **$2,708.80** |
| | | | Less: Bank Transfers | | 3,911.77 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,202.97** | |
| | | | Less: Payments to Debtors | | | 1,202.97 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****17-65** | **3,911.77** | **0.00** | **0.00** |
| **Checking # ***-*****17-66** | **0.00** | **0.00** | **2,708.80** |
| | **$3,911.77** | **$0.00** | **$2,708.80** |

{} Asset reference(s)

EXHIBIT C
TRUSTEE'S PROPOSED DIVIDENDS

BALANCE ON HAND                                                         $           2,708.80

CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1):

|  | Dividend |
|---|---|
| Theresa M. Bender | 677.20 |
| Theresa M. Bender | 18.26 |

REMAINING BALANCE ON HAND                                               $           2,013.34

CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1):

| Claim # | Creditor | Requested | Allowed | Dividend |
|---|---|---|---|---|

REMAINING BALANCE ON HAND                                               $           2,013.34

UNSECURED CLAIMS TIMELY FILED §726(a)(2): Dividend 15.15%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 192.40 | 29.15 |
| 2 | State Employees Credit Union | 10,464.98 | 1,585.33 |
| 3 | TMH Federal Credit Union | 2,465.16 | 373.44 |
| 4 | eCAST Settlement Corporation assignee of | 167.81 | 25.42 |

REMAINING BALANCE ON HAND                                               $               0.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                CASE NO. 07-40417TLH4 LMK
BEDGOOD, JODY H.
BEDGOOD, LESLIE N.                                    CHAPTER 7

_____Debtor(s)

## APPLICATION FOR COMPENSATION TO TRUSTEE

Theresa M. Bender, Trustee of the bankruptcy estate of the above-named Debtor(s), applies for compensation and says:

1.     The debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code on 08/09/07.

2.     Applicant was appointed as trustee to take charge of the property of the debtors on 08/09/07, and has duly qualified and performed all the duties required of him/her as trustee.

3.     The trustee has duly administered all properties of the debtors, reduced them to monies and realized from said properties the sum of $2,708.80.

4.     The trustee has filed with this Court all the reports and records required by this Court.

5.     A reasonable compensation for services as trustee is:

| | | | |
|---|---|---|---|
| $ | 2,708.80 | x 25% = | $ 677.20 |
| $ | 0.00 | x 10% = | $ 0.00 |
| $ | 0.00 | x 5% = | $ 0.00 |
| $ | 0.00 | x 3% = | $ 0.00 |
| | | | $ 677.20 |

6.     Trustee has paid out of his own funds the following expenses, properly chargeable to the estate, none of which has been repaid, and for which reimbursement is requested:

| | | |
|---|---|---|
| Premium on Trustee's bond | $ | 2.30 |
| Necessary copies | $ | 13.50 |
| Postage | $ | 2.46 |
| Other | $ | 0.00 |
| Total | $ | 18.26 |

WHEREFORE, Theresa M. Bender, trustee of the bankruptcy estate of BEDGOOD,
JODY H., BEDGOOD, LESLIE N., prays for such allowance for his/her services herein as the
Court finds reasonable and just.

Dated: May 9, 2008                              /s/ Theresa M. Bender
                                                Theresa M. Bender, Trustee
                                                Post Office Box 14557
                                                Tallahassee, FL  32317
                                                (850) 205-7777
                                                Tmbenderch7@yahoo.com