UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE: <br> BEDGOOD, JODY H. <br> BEDGOOD, LESLIE N. <br><br> Debtor(s). | CASE NO. 07-40417TLH4 LMK <br><br> CHAPTER 7 |

**TRUSTEE'S FINAL ACCOUNT OF ESTATE, APPLICATION FOR CLOSING
AND DISCHARGE AND REVIEW BY UNITED STATES TRUSTEE**

Theresa M. Bender, trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements have been completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the trustee requests that this final account be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

Date:  September 9, 2008                 /s/ Theresa M. Bender
                                          Theresa M. Bender, Trustee
                                          Post Office Box 14557
                                          Tallahassee, FL  32317
                                          (850) 205-7777
                                          Tmbenderch7@yahoo.com

# TRUSTEE'S FINAL ACCOUNTING

1. $_____3,911.77_____ TOTAL RECEIPTS AND DISBURSEMENTS

---

## FEES AND EXPENSES

2. $_____677.20_____ Trustee Compensation

3. $_____0.00_____ Fee for Attorney for Trustee

4. $_____0.00_____ Other Professional Fees
   (Including Fee for Attorney for Debtor)

5. $_____18.26_____ Administrative Costs

6. $_____0.00_____ Prior Chapter Conversion Costs

## DISTRIBUTIONS

7. $_____0.00_____ Secured Creditors

8. $_____0.00_____ Priority Creditors

9. $_____2,013.34_____ Unsecured Creditors

10. $_____1,202.97_____ Other Distributions
    (including payments to Debtor)